IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES L. NEWBOLD,

    Plaintiff,

vs.                                                        Case No. 4:17cv132-MW/CAS

GOV. R. SCOTT, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

An Order was entered on September 13, 2017, granting Plaintiff leave to proceed with in forma pauperis status, assessing him an initial partial filing fee of $6.67, and directing him to file a third amended complaint. ECF No. 23. Subsequently, Plaintiff file several amended complaints, *see* ECF Nos. 27 and 30, but none have complied with the numerous Orders entered in this case, explaining that Plaintiff must file a complaint on the court form and properly sign it. *See* ECF Nos. 7, 10, 12, 14, 20, 23, and 29. Plaintiff still has not filed a proper complaint.

More importantly, Plaintiff was assessed the initial partial filing fee based on the monthly deposits in his Trust Fund Account. ECF No. 23. He

was initially directed to submit the fee by October 16, 2017. ECF No. 23. He was given numerous extensions of time in which to comply. ECF Nos. 25, 29, 32, and 34. Plaintiff was also given an opportunity to submit account statements demonstrating a more current period of time and show what funds were received and how they were expended. ECF No. 29. Plaintiff has not availed himself of the opportunity to alter the in forma pauperis Order.

More than sufficient time has been provided for Plaintiff to comply with those Orders. Plaintiff has had more than enough time to file a proper complaint and pay the assessed fee. Plaintiff was warned that this case would be dismissed if he failed to comply with those orders. Plaintiff's most recent extension of time advised that it would be his last as no further extensions would be provided. Because Plaintiff has not complied, this case should now be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with court orders and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), and all pending motions be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on May 14, 2018.

S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**