IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES L. NEWBOLD,

    Plaintiff,

v.                                                    Case No. 4:17cv132-MW/CAS

GOV. R. SCOTT, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 37. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with court orders and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The pending motion, ECF No. 28, is **denied as moot**." The Clerk shall close the file.

**SO ORDERED** on June 11, 2018.

                                                        s/ **MARK E. WALKER**
                                                        **United States District Judge**